1  Arnold L. Graff (SBN 269170)
   agraff@piteduncan.com
2  **PITE DUNCAN, LLP**
   4375 Jutland Drive, Suite 200
3  P.O. Box 17933
   San Diego, CA 92177-0933
4  Telephone: (858) 750-7600
   Facsimile:  (619) 590-1385
5
   Attorneys for
6  WELLS FARGO BANK, N.A.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>HENRY WOODS, SR,<br><br>Debtor(s). | Case No. 12-41848-MEH<br><br>Chapter 13<br><br>R.S. No.<br><br>**EX PARTE MOTION TO RESTRICT ACCESS TO PROOF OF CLAIM #7-1**<br><br>Fed. R. Bankr.P. 9037 (d); see also 11 U.S.C. §§105(a) and 107(c)<br><br>Property:  904 Ashurst Court,<br>              Henderson, Nevada  89015 |

Pursuant to Federal Rule of bankruptcy Procedure 9037, Wells Fargo Bank, N.A., hereinafter referenced to as Movant, hereby requests that this Court authorize such relief as is appropriate to enable the redaction of certain confidential information from Proof of Claim #7-1.

In support of this motion, Movant states as follows:

1. On May 25, 2012, Movant filed its Proof of Claim (#7-1) in this bankruptcy case and referenced all but the last 4 digits of the Debtor's loan number.  However, the loan documents submitted in support of the Proof of Claim contained the un-redacted loan number.

- 1 -

2. Movant learned that the Proof of Claim was inadvertently filed with account numbers and/or other personal identifiable information. Movant has filed this motion to protect the information that was inadvertently disclosed.

3. Accordingly, Movant respectfully requests that this Court restrict public access to the claim image and permit Movant leave to file an amended proof of claim with appropriately redacted attachments.

4. The relief requested herein is authorized under Bankruptcy Rule 9037 (as well as under Sections 105 and 107 of the Bankruptcy code). Rule 9037 grants the Court the power, for cause, to "require redaction of additional information" or to "limit or prohibit a nonparty's remote electronic access to a document filed with the Court." Fed. R. Bankr.P. 9037 (d); see also 11 U.S.C. §105(a) (Court "may issue any order, process, or judgment that is necessary or appropriate to carry out the provision of this title"); Id. §107(c) (Court "may protect an individual" with respect to information, the disclosure of which "would create undue risk of identity theft").

WHEREFORE, PREMISES CONSIDERED, Movant respectfully requests that the Court grant this Motion and enter the attached proposed order directing to redact or restrict access to proof of claim.

Respectfully submitted,

Dated: August 11, 2014          PITE DUNCAN, LLP


/s/ *Arnold L. Graff* (SBN 269170)          .
ARNOLD L. GRAFF
Attorneys for WELLS FARGO BANK, N.A.