UNITED STATES BANKRUPTCY COURT
Northern District of California

| | |
|---|---|
| In re: HENRY WOODS, SR. | Bankruptcy No.: 12-41848 |
| | R.S. No.: JFL-41 |
| | Hearing Date: 03/17/2017 |
| Debtor(s) | Time: 10:00 am |

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 02/29/2012 Chapter: 13

Prior hearings on this obligation: None Last Day to File §523/§727 Complaints: ____________

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

Secured Creditor [ ] or lessor [ ]

| | | | |
|---|---|---|---|
| Fair market value: | $ ________ | Source of value: | ________ |
| Contract Balance: | $ ________ | Pre-Petition Default: | $ ________ |
| Monthly Payment: | $ ________ | No. of months: | ________ |
| Insurance Advance: | $ ________ | Post-Petition Default: | $ ________ |
| | | No. of months: | ________ |

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): 7880 Sterling Drive, Oakland, CA 94612

Fair market value: $ 560,000.00 Source of value: BPO If appraisal, date: 10/25/2016

Moving Party's position (first trust deed, second, abstract, etc.): Second trust deed

| | | | |
|---|---|---|---|
| Approx. Bal. | $ 55,768.28 | Pre-Petition Default: | $ 0.00 |
| As of (date): | 2/21/2017 | No. of months: | ________ |
| Mo. payment: | $ 470.42 (var.) | Post-Petition Default: | $ 3,676.58 |
| Notice of Default (date): | ________ | No. of months: | 8 |
| Notice of Trustee's Sale: | ________ | Advances Senior Liens: | $ ________ |

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: Safe America CU | $ 171,152.09 | $ ________ | $ ________ |
| 2nd Trust Deed: Movant | $ 55,768.28 | $ ________ | $ 3,676.58 |
| ________: | | | |
| ________: | | | |
| ________: | | | |
| (Total) | $ 226,920.37 | $ ________ | $ 3,676.58 |

(D) Other pertinent information:

Dated: 2/23/2017

[signature]
Signature

James F. Lewin
Print or Type Name

Attorney for Movant

CANB Documents Northern District of California