James F. Lewin (SBN 140268)
THE MORTGAGE LAW FIRM, PLC
41689 Enterprise Circle North, Suite 228
Temecula, California 92590
Telephone: (619) 465-8200
Facsimile: (951) 308-0055
james.lewin@mtglawfirm.com

Attorneys for Movant
FREMONT BANK, its successors and assigns

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>HENRY WOODS, SR.<br><br>Debtor. | Case No. 12-41848<br><br>Chapter 13<br>R.S. No: JFL-41<br>Judge Charles Novack<br><br>NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>Preliminary Hearing:<br><br>Date: March 17, 2017<br>Time: 10:00 a.m.<br>Place: Courtroom 215<br>U.S. Bankruptcy Court<br>1300 Clay Street,<br>Oakland, CA 94612<br><br>Subject Property Address:<br>7880 Sterling Drive<br>Oakland, CA 94605 |

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that on Mach 17, 2017, 201 at 10:00 a.m. or as soon thereafter as the matter may be heard, in Courtroom 215 of the above entitled Court located 1300 Clay Street, Oakland, CA 94612, there will be a preliminary hearing on FREMONT BANK, its successors and assigns' ("Movant") Motion for Relief From the Automatic Stay ("Motion") against the Debtor and the bankruptcy estate made pursuant to 11 U.S.C. § 362(d) and Rule 4001 of the Federal Rules of Bankruptcy Procedure before the Honorable Charles Novack.


Case: 12-41848 Doc# 78 Filed: 02/23/17 Entered: 02/23/17 18:53:50 Page 1 of 2

The property which is the subject of the Motion is the real property located at 7880 Sterling Drive, Oakland, CA 94605.

PLEASE TAKE FURTHER NOTICE that any party opposing the Motion must appear personally or by counsel at the preliminary hearing and may file responsive pleadings, points and authorities and declarations. FAILURE TO APPEAR AT THE PRELIMINARY HEARING MAY BE DEMEED BY THE COURT TO BE CONSENT TO GRANTING THE MOTION, thereby authorizing Movant to proceed with foreclosure.

The Motion is based on the Motion for Relief from the Automatic Stay, the Declaration in Support of Motion for Relief from Automatic Stay filed concurrently herewith, all other pleadings and papers on file herein, and upon such oral and documentary evidence as may be presented by the parties at the hearing.

DATED: February 23, 2017

THE MORTGAGE LAW FIRM, PLC

BY: /s/James F. Lewin
James F. Lewin
Attorneys for Movant,
FREMONT BANK, its successors and assigns


Case: 12-41848 Doc# 78 Filed: 02/23/17 Entered: 02/23/17 18:53:50 Page 2 of 2