James F. Lewin (SBN 140268)
THE MORTGAGE LAW FIRM, PLC
41689 Enterprise Circle North, Suite 228
Temecula, California 92590
Telephone: (619) 465-8200
Facsimile: (951) 308-0055
james.lewin@mtglawfirm.com

Attorneys for Movant
FREMONT BANK,
its successors and assigns

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>HENRY WOODS, SR.<br><br>Debtor. | Case No. 12-41848<br><br>Chapter 13<br>R.S. No: JFL-41<br>Judge Charles Novack<br><br>CERTIFICATE OF SERVICE<br><br>Preliminary Hearing:<br><br>Date: March 17, 2017<br>Time: 10:00 a.m.<br>Place: Courtroom 215<br>U.S. Bankruptcy Court<br>1300 Clay Street,<br>Oakland, CA 94612<br><br>Subject Property Address:<br>7880 Sterling Drive<br>Oakland, CA 94605 |

I am a resident of the State of California and over the age of 18 years and not a party to or interested in the above-entitled matter. I am an employee of The Mortgage Law Firm, PLC, and my business address is 41689 Enterprise Circle North, Suite 228, Temecula, CA 92590. On February 23, 2017, I caused the following documents to be served as follows: NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY; MOTION FOR RELIEF FROM THE AUTOMATIC STAY; DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY; EXHIBITS A, B, C and RELIEF FROM STAY COVER SHEET, by



Case: 12-41848 Doc# 79 Filed: 02/23/17 Entered: 02/23/17 18:55:03 Page 1 of 2

■ MAIL: by placing a true copy(ies) of the document(s) in a sealed envelope(s) for collection and mailing in the outgoing mail in my office for deposit in the United States mail, addressed as shown below. I am readily familiar with the business practice at my place of business for collection and processing of outgoing mail with the United States Postal Service. On the same day that the outgoing mail is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

□ OVERNIGHT DELIVERY: by enclosing, true copies of the documents in a sealed envelopes or package provided by an overnight delivery carrier addressed as shown below. I placed the envelope or package for collection and overnight delivery, with postage fully prepaid, at an office or a regularly utilized drop box of the overnight delivery carrier or the envelope or package was picked up from my firm by the overnight delivery carrier.

■ ELECTRONICALLY: Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF systems sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

■ FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Said document(s) was/were served on the following persons:

| | |
|---|---|
| Debtor<br>Henry Woods, Sr.<br>7880 Sterling Drive<br>Oakland, CA 94605<br>VIA U.S. MAIL | Debtor's Counsel<br>Patrick L. Forte<br>VIA CM/ECF: pat@patforte.com |
| Chapter 13 Trustee<br>Martha G. Bronitsky<br>VIA CM/ECF: 13trustee@oak13.com | United States Trustee<br>VIA CM/ECF: ustpregion17.oa.ecf@usdoj.gov |
| Senior Deed of Trust Holder<br>Safe America Credit Union<br>6001 Gibraltar Drive<br>PO Box 11269<br>Pleasanton, CA 94588<br>VIA U.S. MAIL | Judge<br>The Honorable Charles Novack<br>U.S. Bankruptcy Court<br>1300 Clay Street, Ctrm 215<br>Oakland, CA 94605<br>VIA U.S. MAIL |

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 23, 2017 , at Temecula, California.

/s/ Jenelly Goldade
Jenelly Goldade


Case: 12-41848 Doc# 79 Filed: 02/23/17 Entered: 02/23/17 18:55:03 Page 2 of 2